IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
**CASE NO. 9:18-CV-80771-ROSENBERG/REINHART**

ROBERT W. OTTO, and JULIE H. HAMILTON,

   Plaintiffs,

vs.

CITY OF BOCA RATON, FLORIDA and
COUNTY OF PALM BEACH, FLORIDA,

   Defendants.
_____/

## JOINT DISCOVERY PLAN FOR PRELIMINARY INJUNCTION MOTION

The Court hereby orders the following:

| Date | Action |
|---|---|
| **July 13, 2018** | Parties shall exchange Initial Disclosures. |
| **July 17, 2018** | Parties shall serve written discovery requests. Plaintiffs shall formally serve Defendants with topics for Rule 30(b)(6) depositions. (Plaintiffs have already provided preliminary topics). |
| **August 6, 2018** | Plaintiffs shall serve their responses to Defendants' written discovery requests, along with any document production, via electronic means for same day delivery. Documents which are too voluminous to email shall be provided via Google Drive, Dropbox or other easily accessible cloud delivery system. |
| **August 10, 2018** | Defendants shall serve their responses to Plaintiffs' written discovery requests, along with any document production, via electronic means for same day delivery. Documents which are too voluminous to email shall be provided via Google Drive, Dropbox or other easily accessible cloud delivery system. |
| **August 14-15, 2018** | Defendants shall take Plaintiffs' deposition at a mutually agreeable time and place. Both Plaintiffs shall be available on the first date, and at least one of them shall be available on the second date, if necessary. |
| **August 24, 2018** | Defendants shall file their responses to Plaintiffs' Motion for Preliminary Injunction, together with all supporting materials. |

| | |
|---|---|
| **August 30, 2018** | Plaintiffs shall take the County's Rule 30(b)(6) deposition, at a mutually agreeable time and place. |
| **August 31, 2018** | Plaintiffs shall take the City's Rule 30(b)(6) deposition, at a mutually agreeable time and place. |
| **September 21, 2018** | Plaintiffs shall file their Reply in support of the preliminary injunction motion, together with all supporting materials. |
| **September 24, 2018** | The parties shall exchange their Exhibit and Witness Lists. *See* DE 11 at 7 for more information regarding the format required for the parties' Witness and Exhibit lists and for their Exhibits. |
| **September 28, 2018** | The parties shall file a Joint Hearing Plan that follows the same format as the Trial Plan required by the Court before trial. *See* DE 11 at 7–9. The parties also shall file their Exhibit and Witness Lists. If no evidence is to be presented at the Hearing, the parties shall file a Notice so indicating. |
| | The parties shall simultaneously file proposed Findings of Fact and Conclusions of Law at 5:00 p.m. The proposed Findings of Fact and Conclusions of Law shall be emailed to the chambers email (rosenberg@flsd.uscourts.gov) in word format. The submissions may not exceed twenty (20) pages in length. Proposed Conclusions of Law must be supported by citations to authority. |
| **October 5, 2018 at 9:00 a.m.** | Hearing on Plaintiff's Motion for Preliminary Injunction. The Court has set aside the entire day for the hearing. |

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 13th day of July, 2018.

Copies furnished to:  
Counsel of record

ROBIN L. ROSENBERG  
UNITED STATES DISTRICT JUDGE