UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-CV-80771-ROSENBERG/REINHART

ROBERT W. OTTO, and JULIE H. HAMILTON,

   Plaintiffs,

vs.

CITY OF BOCA RATON, FLORIDA and
COUNTY OF PALM BEACH, FLORIDA,

   Defendants.
_____/

## AMENDED DISCOVERY PLAN FOR PRELIMINARY INJUNCTION MOTION

The Court hereby orders the following:

**August 16, 2018** — Plaintiffs shall serve their responses to Defendants' written discovery requests, along with any document production, via electronic means for same day delivery. Documents which are too voluminous to email shall be provided via Google Drive, Dropbox or other easily accessible cloud delivery system.

**August 20, 2018** — Defendants shall serve their responses to Plaintiffs' written discovery requests, along with any document production, via electronic means for same day delivery. Documents which are too voluminous to email shall be provided via Google Drive, Dropbox or other easily accessible cloud delivery system.

**August 29-30, 2018** — Defendants shall take Plaintiffs' deposition at a mutually agreeable time and place. Both Plaintiffs shall be available on the first date, and at least one of them shall be available on the second date, if necessary.

**September 10, 2018** — Defendants shall file their responses to Plaintiffs' Motion for Preliminary Injunction, together with all supporting materials.

**September 17, 2018** — Plaintiffs shall take the County's Rule 30(b)(6) deposition, at a mutually agreeable time and place.

**September 18, 2018** — Plaintiffs shall take the City's Rule 30(b)(6) deposition, at a mutually agreeable time and place.

| | |
|---|---|
| **October 8, 2018** | Plaintiffs shall file their Reply in support of the preliminary injunction motion, together with all supporting materials. |
| **October 9, 2018** | The parties shall exchange their Witness and Exhibit Lists. *See* DE 11 at 7 for more information regarding the format required for the parties' Witness and Exhibit Lists and for their Exhibits. |
| **October 12, 2018** | The parties shall file a Joint Hearing Plan that follows the same format as the Trial Plan required by the Court before trial. *See* DE 11 at 7-9. The parties also shall file their Exhibit and Witness Lists. If no evidence is to be presented at the Hearing, the parties shall file a Notice so indicating. |
| | The parties shall simultaneously file proposed Findings of Fact and Conclusions of Law at 5:00 p.m. The proposed Findings of Fact and Conclusions of Law shall be emailed to the chambers email (**rosenberg@flsd.uscourts.gov**) in Word format. The submissions may not exceed twenty (20) pages in length. Proposed Conclusions of Law must be supported by citations to authority. |
| **October 18-19, 2018 at 9:00 a.m.** | Hearing on Plaintiffs' Motion for Preliminary Injunction. The Court has set aside two (2) days for the hearing. |

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 8th day of August, 2018.

ROBIN L. ROSENBERG

Copies furnished to:
Counsel of record

2