UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-CV-80771-ROSENBERG/REINHART

ROBERT W. OTTO and JULIE H. HAMILTON,

  Plaintiffs,

vs.

CITY OF BOCA RATON, FLORIDA and COUNTY OF PALM BEACH, FLORIDA,

  Defendants.
_____/

ORDER GRANTING JOINT MOTION TO
POSTPONE MEDIATOR SELECTION, MEDIATION SCHEDULING
AND MEDIATION UNTIL AFTER PRELIMINARY INJUNCTION HEARING

This Cause is before the Court on the parties' Joint Motion to Postpone Mediator Selection, Mediation Scheduling and Mediation Until After Preliminary Injunction Hearing. DE 52. The Court hereby grants the Motion[1] and sets a deadline of **October 26, 2018** for the parties to designate a mediator and to schedule a time, date, and place for mediation. The Court must be notified of the date of mediation.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida this 13th day of August, 2018.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF

---

[1] The Court notes that the Motion was filed on the date of the deadline to designate a mediator set in docket entry 19. In the future, the parties should anticipate deadlines and file any motion to move a deadline prior to the deadline.