IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| ROBERT W. OTTO, PH.D. LMFT, | ) | |
| individually and on behalf of his patients, | ) | |
| and JULIE H. HAMILTON, PH.D., LMFT, | ) | |
| individually and on behalf of her patients, | ) | Civil Action No. 9:18-cv-80771-RLR |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF BOCA RATON, FLORIDA, and | ) | |
| COUNTY OF PALM BEACH, FLORIDA, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF PLAINTIFF JULIE H. HAMILTON, PH.D., LMFT

1.      I am over the age of 18 years, and I am a named Plaintiff in this case. I have personal knowledge of the matters set forth in this declaration, and would testify competently as to such matters if called to do so.

2.      Since the filing of the Verified Complaint in this action on June 13, 2018 (DE 1), I have taken the following actions in connection with my professional practice as a licensed marriage and family therapist in Palm Beach County, Florida:

   a.      Paid the City of Boca Raton local business tax for the annual periods ending September 30, 2018 and September 30, 2019 (true and correct copies of my City of Boca Raton Business Tax Receipt/Certificate of Use for the annual period ending September 30, 2018, and my Payment Receipt for my online payment of the City of Boca Raton local business tax for the annual period ending September 30, 2019, are attached hereto as Exhibits A-1 and A-2, respectively);

   b.      Paid the Palm Beach County local business tax for a Boca Raton office for the annual period ending September 30, 2019 (a true and correct copy of my Palm Beach County Local Business Tax Receipt for the annual period ending September 30, 2019 is attached hereto as Exhibit A-3).

   c.      Provided in-person counselling in the City of Boca Raton consistent with my licensure and applicable law.

2

I DECLARE under penalty of perjury that the foregoing is true and correct.


EXECUTED this October 9, 2018.

/s/ Julie H. Hamilton
Julie H. Hamilton

LOCAL BUSINESS TAX
RECEIPT # 18 00069044

**CITY OF BOCA RATON**
BUSINESS TAX AUTHORITY

THIS IS NOT A BILL
Any changes in name,
address, suite, ownership, ect.
will require a new application
within 15 days to avoid
penalty or the license is null
and void.

HAMILTON, JULIE HARREN
HAMILTON, JULIE HARREN
4400 N FEDERAL HWY 21

**BUSINESS TAX RECEIPT**
**CERTIFICATE OF USE**
**EXPIRES:**   9/30/18

| | |
|---|---|
| Business Tax fee: | 26.25 |
| Penalty fee: | .00 |
| Late fee: | .00 |
| Additional fee: | 73.00 |
| Transfer fee: | .00 |
| **Total paid:** | **99.25** |

HAMILTON, JULIE HARREN
2853  WHITE TROUT LN
WEST PALM BEACH FL 33411

has paid the business tax at the above address for the period
beginning the 1st day of October and ending the 30th day of
September to engage in the business, profession or occupation of:

Classification: EXECUTIVE SUITE SERVICE OTC

Comments:     MARRIAGE AND FAMILY THERAPY

WELCOME to the City of Boca Raton.  We are proud to have your business in our community.  You may call us at
561-393-7937 if you have questions relating to your business needs.  We are located at 200 NW 2 Avenue.
Lobby hours are 8:00 AM to 4:00 PM Monday thru Friday, except Wednesday, hours are 8:00 AM to 3:00 PM.
Our mailing address is 201 W. Palmetto Park Rd, Boca Raton, FL. 33432.

VERIFY all information on your Business Tax Receipt / Certificate of Use and notify us immediately if there is an error.

CHANGES  REQUIRE  A  NEW  APPLICATION  TO  BE  SUBMITTED  WITH  APPROPRIATE  FEE(S)  AND
DOCUMENTATION WITHIN 15 DAYS OF THE CHANGE.  If you make any changes to the business; examples:
change of location within the City, expansion of space, change of ownership, change of business name, change of
applicant/qualifier name, change of mailing address, change in nature of business operated, or add a new type of
business at the same or at a different location, a new application must be filed within 15 days of the change in order to
keep the account current and avoid paying a penalty.  Make sure Division of Corporations reflects all changes.

VISIT our website at: WWW.MYBOCA.US, click on 'BUSINESS', then 'BUSINESS TAX', then on the left side, click on
'FORMS AND REPORTS' to download both City and County applications.

POST the top portion of this document at the above location in a place where it may be seen at all times.

DEACTIVATION: If you cease to operate this business entity, you must return this document to our office with proof
that the Division of Corporations filing has been inactivated, including both Corporate and Fictitious Name filings.
If the business location has changed, provide proof that the principal address has been changed on Division of
Corporations. All signage for discontinued business must be removed within 10 days.

A COURTESY RENEWAL NOTICE will be sent 30 to 60 days prior to expiration.  If you do not receive the renewal
notice, you must still pay the tax on time.  Late penalties will not be waived if you do not receive the notice.
The Business Tax may be renewed in person, by drop-box in City Hall, by mail or by using the website and
Click "e-services".  To renew online you will need your Business Tax Receipt # and "pin" #.
These numbers will be provided on your renewal notice on the top right corner.

NOTE: At this time classifications that need a license/permit/certification or regulated requirement cannot renew online.

FAILURE TO PAY your Business Tax on or before the close of business on September 30 will cause penalties to be
applied to the business tax renewal as indicated below.

## PAYMENT AND PENALTY SCHEDULE

| DATE PENALTY EFFECTIVE: | SEPT 30 | OCT 1 | NOV 1 | DEC 1 | JAN 1 | MAR 1 |
|---|---|---|---|---|---|---|
| PENALTY: | 0% | 10% | 15% | 20% | 25% | 25% + $250.00 |

**EXHIBIT A-1**

# Payment Receipt

Thank you for your payment.

## Transaction Results:

**Transaction Status**

Success

**Auth Code**

09516D

**Reference Number**

93140084

## Payment Method:

**Charged To**

Visa ***********3224

**Account Holder**

Hamilton, Julie H

**Billing Address**

2853 White Trout Ln, West Palm Beach, FL 33411

## Transaction Overview:

**Total Amount**

$105.00

**Payment Date**

<u>EXHIBIT A-2</u>

## Charge Details

| Charge Description | Amount |
|---|---|
| 18-00069044 | $105.00 |
| **Total** | **$105.00** |

« Go back and pay for a different account. (./index.html?OWASP_CSRFTOKEN=U5TB-SPAY-RTGU-TRDE-2P5W-Y0K7-56BB-T1MY)

**ANNE M. GANNON**
CONSTITUTIONAL TAX COLLECTOR
*Serving Palm Beach County*
**Serving** *you.*

P.O. Box 3353, West Palm Beach, FL 33402-3353
www.pbctax.com Tel: (561) 355-2264

**\*\*LOCATED AT\*\***

4400 North Federal HWY Ste 210
BOCA RATON, FL 33431

| PE OF BUSINESS | OWNER | CERTIFICATION # | RECEIPT #/DATE PAID | AMT PAID | BILL # |
|---|---|---|---|---|---|
| RIAGE & FAMILY THERAPIST | HAMILTON JULIE HARREN | MT1728 | U18.743703 - 09/28/18 | $33.00 | B40192049 |

is valid only when receipted by the Tax Collector's Office.

JULIE HARREN
JULIE HARREN
2853 WHITE TROUT LANE
WEST PALM BEACH, FL 33411

**STATE OF FLORIDA**
**PALM BEACH COUNTY**
**2018/2019 LOCAL BUSINESS TAX RECEIPT**

**LBTR Number: 2018112160**
**EXPIRES: SEPTEMBER 30, 2019**

This receipt grants the privilege of engaging in or managing any business profession or occupation within its jurisdiction and MUST be conspicuously displayed at the place of business and in such a manner as to be open to the view of the public.

**EXHIBIT A-3**