IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ROBERT W. OTTO, PH.D. LMFT,<br>individually and on behalf of his patients,<br>and JULIE H. HAMILTON, PH.D., LMFT,<br>individually and on behalf of her patients,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BOCA RATON, FLORIDA, and<br>COUNTY OF PALM BEACH, FLORIDA,<br><br>Defendants. | Civil Action No. 9:18-cv-80771-RLR |

## PLAINTIFFS' NOTICE OF FILING DEPOSITION EXHIBITS
## IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs, ROBERT W. OTTO, PH.D. LMFT, individually and on behalf of his patients, and JULIE H. HAMILTON, PH.D., LMFT, individually and on behalf of her patients, gives notice of filing copies of Plaintiffs' Deposition Exhibits 1–28 (excluding Exhibit 24, which will be mailed separately) in support of Plaintiffs' Motion for Preliminary Injunction (DE 8).

Respectfully submitted,

/s/ Roger K. Gannam
Mathew D. Staver (Fla. 0701092)
Horatio G. Mihet (Fla. 026581)
Roger K. Gannam (Fla. 240450)
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
Phone: (407) 875-1776
E-mail: court@lc.org

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this October 10, 2018, I caused a true and correct copy of the foregoing to be filed electronically with the Court's CM/ECF system. Service upon all counsel of record will be effectuated by the Court's electronic notification system.

      /s/ Roger K. Gannam
      Roger K. Gannam
      *Attorney for Plaintiffs*