✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      FLORIDA

Rober W. Otto, Ph.D., LMFT, et al.

V.

City of Boca Raton, Florida, et al.

**PLAINTIFFS'**
**EXHIBIT AND WITNESS LIST**

Case Number:  9:18-cv-80771-RLR

| PRESIDING JUDGE<br>Robin L. Rosenburg | PLAINTIFF'S ATTORNEY<br>Mihet/Gannam | DEFENDANT'S ATTORNEY<br>Fahey/Phan and Abbott/Flanigan |
|---|---|---|
| TRIAL DATE (S)<br>10/18/18 - 10/19/18 | COURT REPORTER | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiffs' Second Amended Notice of Taking Depositions of Defendants |
| 2 | | | | | Excerpt of transcript of County Commission Meeting dated December 5, 2017 |
| 3 | | | | | Excerpt of transcript of County Commission Meeting dated December 19, 2017 |
| 4 | | | | | Affidavit of Pablo Rivera |
| 5 | | | | | OutFront: LGBTQ Activist Fights to End Conversion Therapy |
| 6 | | | | | E-mail, 6/20/16, Rand Hoch to Palm Beach Cnty. Comm'rs transmitting PBCHRC Mem. |
| 7 | | | | | E-mail, 7/31/16, Rand Hoch to Palm Beach Cnty. Comm'rs transmitting PBCHRC Mem. |
| 8 | | | | | E-mail chain, 8/4/16, Rand Hoch, Denise Marie Nieman |
| 9 | | | | | E-mail chain, 8/26/16, Rand Hoch, Helene Hvizd, Denise Marie Nieman |
| 10 | | | | | E-mail chain, 8/28/16, Rand Hoch, Helene Hvizd, Denise Marie Nieman |
| 11 | | | | | E-mail chain, 8/26/16, Rand Hoch, Helene Hvizd, Denise Marie Nieman |
| 12 | | | | | E-mail chain, 8/30/16, Rand Hoch, Helene Hvizd |
| 13 | | | | | E-mail chain, 3/3/17, Denise Marie Nieman, Rand Hoch |
| 14 | | | | | E-mail chain, 4/12/17, Rand Hoch, Denise Marie Nieman |
| 15 | | | | | E-mail chain, 8/28/16, Rand Hoch, Denise Marie Nieman, County Commissioners |
| 16 | | | | | E-mail chain, 9/7/17,  Denise Marie Nieman, County Commissioners, Rand Hoch |
| 17 | | | | | E-mail chain, 8/9/17, Helene Hvizd, Rand Hoch |
| 18 | | | | | Senior Code Enforcement Officer |
| 19 | | | | | E-mail chain, 12/12/17, Denise Marie Nieman, Rand Hoch, Todd Bonlarron |
| 20 | | | | | Palm Beach County Ordinance No. 2017-046 (DE 85-2) |
| 21 | | | | | E-mail chain, 12/11/17, Dr. Julie Hamilton, Helene Hvizd |
| 22 | | | | | Rep. of APA Task Force on Appropriate Therapeutic Responses to Sexual Orientation (DE 85-5) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | VS. | CASE NO. |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | Memorandum, 8/17/17, Diana Grub Frieser, City Attorney, to Mayor and City Council |
| 24 | | | | | Video of Boca Raton City Council meetings on 7/25/17, 9/26/17, 10/10/17 |
| 25 | | | | | E-mail chain, 7/18/17, Rand Hoch, City Council Members, Diana Grub Frieser, George Brown |
| 26 | | | | | E-mail chain, 7/21/17, George Brown, City Managers |
| 27 | | | | | City of Boca Raton Ordinance 5407 (DE 1-4) |
| 28 | | | | | E-mail chain, 12/25/17, Rand Hoch, Robert Weinroth, Diana Grub Frieser |
| 29 | | | | | Declaration of Plaintiff Julie H. Hamilton, Ph.D., LMFT, with Exhibits A-1, A-2, A-3 (DE 96-1) |
| 30 | | | | | Guidelines for Psychological Practice with Transgender and Gender Nonconforming People |
| 31 | | | | | Gender Identity Disorder in Young Boys: A Parent- and Peer-Based Treatment Protocol |
| 32 | | | | | Sexual reorientation therapy not unethical: Column (V. Compl. Ex. D, DE 1-7) |
| 33 | | | | | Legislators are Not Psychotherapists! (V. Compl. Ex. E, DE 1-8) |
| 34 | | | | | Florida Department of Health Public Records Request Response (V. Compl. Ex. F, DE 1-9) |
| 35 | | | | | 5/2/2012 Letter from Cal. Mental Health Ass'ns to Cal. Sen. Ted Lieu (V. Compl. Ex. G, DE 1-10) |
| 36 | | | | | E-mail chain, 7/3/18, Diana Grub Frasier, Rand Hoch (City - 00483) |
| 37 | | | | | Otto Deposition Errata Sheet |
| 38 | | | | | Hamilton Deposition Errata Sheets |
| 39 | | | | | City's Response to Plaintiffs' First Set of Requests for Admission |
| 40 | | | | | City's Amended Response to Plaintiffs' First Set of Requests for Admission Nos. 6 and 7 |
| 41 | | | | | Deposition of Michael Woika, 9/21/18 |
| | | | | | All exhibits listed or used by Defendants |
| | | | | | All exhibits required for rebuttal or impeachment |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |