UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CV-80771-ROSENBERG/REINHART

ROBERT W. OTTO, PH.D. LMFT,
individually and on behalf of his patients,
& JULIE H. HAMILTON, PH.D., LMFT,
individually and on behalf of her patients,

        Plaintiffs,

v.

CITY OF BOCA RATON, FLORIDA, &
COUNTY OF PALM BEACH, FLORIDA,

        Defendants.
_____/

## ORDER

On August 25, 2022, the parties submitted a Joint Notice of Case Procedural Proposal ("Joint Notice"). ECF No. 171. Plaintiffs indicate in the Joint Notice that they would like leave to amend their Complaint. ECF No. 171 at 2-4. The Hon. Robin L. Rosenberg referred the following disputes presented by the parties in their Joint Notice to the undersigned for appropriate disposition: 1) whether the case is moot, 2) whether the Court should permit discovery on the issue of mootness, and 3) whether Plaintiffs should be permitted to amend their Complaint. ECF No. 172. A status conference was held on September 13, 2022. Having heard from the parties and reviewed the Joint Notice, it is hereby **ORDERED AND ADJUGED** as follows:

1. On or before October 3, 2022, Plaintiffs shall file a motion for leave to amend the Complaint pursuant to Federal Rule of Civil Procedure 15 and consistent with Local Rule 15.1.

2. On or before October 13, 2022, Defendants shall respond to the motion for leave to amend the Complaint.

3. The Court takes the parties' remaining disputes under advisement and defers ruling on those disputes until after Plaintiffs' motion for leave to amend is resolved.

**DONE AND ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 13th day of September, 2022.

_____
BRUCE E. REINHART
United States Magistrate Judge