UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  18-CV-80771-RLR

ROBERT W. OTTO, and
JULIE H. HAMILTON,

          Plaintiff,

vs.

CITY OF BOCA RATON, FLORIDA, and
COUNTY OF PALM BEACH, FLORIDA,

          Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiffs filed Notices that they have accepted Offers of Judgment from both Defendants. ECF Nos. 196, 203.  It is therefore RECOMMENDED that Defendants' Motions to Dismiss, ECF Nos. 183, 184, and Plaintiffs' Motion for Jurisdictional Discovery, ECF No. 197, be denied as moot.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Robin L. Rosenberg, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the

district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 9th day of March 2023.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE