UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-80771-ROSENBERG/REINHART

ROBERT W. OTTO and JULIE H. HAMILTON,

                Plaintiffs,

v.

CITY OF BOCA RATON, FLA., and
COUNTY OF PALM BEACH, FLA.,

                Defendants.

_____/

**FINAL JUDGMENT**

Plaintiffs ROBERT OTTO and JULIE HAMILTON settled their claims against Defendants CITY OF BOCA RATON, FLORIDA and COUNTY OF PALM BEACH, FLORIDA, pursuant to Fed. R. Civ. P. 68, through accepted offers of judgment. [DE 196, 203.] The Court accordingly enters this Final Judgment in favor of Plaintiffs ROBERT OTTO and JULIE HAMILTON and against Defendants CITY OF BOCA RATON, FLORIDA and COUNTY OF PALM BEACH, FLORIDA, on all of Plaintiffs' claims for relief, and ORDERS and ADJUDGES as follows:

    1)    Defendant CITY OF BOCA RATON, FLORIDA shall pay Plaintiff ROBERT OTTO the sum of $50,000.00 (fifty thousand dollars and no cents), as and for damages on all of his claims for relief;

    2)    Defendant CITY OF BOCA RATON, FLORIDA shall pay Plaintiff JULIE HAMILTON the sum of $25,000.00 (twenty-five thousand dollars and no cents), as and for damages on all of her claims for relief;

3) Defendant COUNTY OF PALM BEACH, FLORIDA shall pay Plaintiff ROBERT OTTO the sum of $50,000.00 (fifty thousand dollars and no cents), as and for damages on all of his claims for relief;

4) Defendant COUNTY OF PALM BEACH, FLORIDA shall pay Plaintiff JULIE HAMILTON the sum of $50,000.00 (fifty thousand dollars and no cents), as and for damages on all of her claims for relief; and

5) The Court retains jurisdiction to determine, in subsequent proceedings, attorney's fees and costs pursuant to Local Rule 7.3.

**DONE AND ORDERED** in West Palm Beach, Florida, this 6th day of April, 2023.

ROBIN L. ROSENBERG
U.S. District Judge

Copies provided to counsel of record.