UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-80771-ROSENBERG/REINHART

ROBERT OTTO & JULIE
HAMILTON,

    Plaintiffs,

v.

CITY OF BOCA RATON, FLORIDA
& COUNTY OF PALM BEACH,
FLORIDA,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon the Plaintiff's Motion for Attorney's fees at docket entry 221. The Court referred the motion for a report and recommendation at docket entry 222. On November 1, 2023, the Magistrate Judge issued a Report and Recommendation recommending that the motion be granted in part and denied in part. DE 240. The parties filed objections, responses to the objections, and replies to the responses.

The Court has conducted a *de novo* review of the Magistrate Judge's Report and Recommendation, the objections, the responses, the replies, and the record and is otherwise fully advised in the premises. The Court fully agrees with the analysis and conclusions in the Report and Recommendation and finds the Magistrate Judge's recommendation to be well reasoned and correct. The Court fully adopts the reasoning in the Report and Recommendation as the decision of the Court, and the Court deems it unnecessary to separately address the parties' objections because, in the Court's opinion, the Report and Recommendation adequately addresses each objection.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 240] is hereby **ADOPTED** in its entirety and

2. The Plaintiff's Motion for Attorney's Fees [DE 221] is **GRANTED IN PART AND DENIED IN PART** insofar as the Plaintiffs are awarded $736,887.45 in costs consisting of $736,227.53 in attorneys' fees and $659.92 in non-taxable expenses. Those costs shall be shared equally by the Defendants.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 16th day of January, 2024.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE